IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 00-81Erie |
| CITY OF ERIE, PENNSYLVANIA, PAUL J. DeDIONISIO, Chief of Police, OFFICER CLARK PETERS, OFFICER MICHAEL NOLAN, OFFICER MATT FISCHER, and OFFICER TODD McLAUGHLIN, | ) |
| Defendants. | ) |

## ORDER

AND NOW, to-wit, this ___1st___ day of March, 2006, for the reasons set forth in the accompanying Opinion, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that summary judgment be and hereby is entered in favor of the defendants and against the plaintiff on all claims.

Plaintiff Donald Thomas's motion for partial summary judgment (Doc. 20 and 37-1) be and hereby is DENIED. Defendant officers Clark Peters, Michael Nolan, Matt Fischer, and Todd McLaughlin's motion for summary judgment (Doc. 14) be and hereby is GRANTED. Defendant City of Erie and Paul J. DeDionisio's motion for summary judgment (Doc.16) be and hereby is GRANTED.

/s/ Maurice B. Cohill, Jr.

Maurice B. Cohill, Jr.
Senior United States District Judge