IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD THOMAS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00 - 81 ERIE |
| | ) | |
| CITY OF ERIE, PENNSYLVANIA, | ) | |
| PAUL J. DeDIONISIO, Chief of Police, | ) | |
| OFFICER CLARK PETERS, | ) | |
| OFFICER MICHAEL NOLAN, | ) | |
| OFFICER MATT FISCHER, and | ) | |
| OFFICER TODD McLAUGHLIN, | ) | |
|     Defendants | ) | ELECTRONICALLY FILED |

**ORDER**

AND NOW, to-wit, this _____ day of March, 2006, upon consideration of the foregoing Motion for Withdrawal of Appearance of Marcia H. Haller, Esquire of MacDonald, Illig, Jones & Britton LLP and Notice of Substituted Appearance by John J. Mead, Esquire,

IT IS ORDERED that the Motion for Withdrawal of Appearance of Marcia H. Haller, Esquire of MacDonald, Illig, Jones & Britton LLP and Notice of Substituted Appearance by John J. Mead, Esquire is hereby GRANTED and the Clerk is hereby directed to mark the docket to note the withdrawal of appearance by Marcia H. Haller, Esquire of MacDonald, Illig, Jones & Britton LLP, 100 State Street, Suite 700, Erie, Pennsylvania 16507 and the substituted appearance by John J. Mead, Esquire, Assistant City Solicitor, Office of the City Solicitor, 626

2

State Street, Room 505, Erie, Pennsylvania 16501, on behalf of all defendants in this action.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge