IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 00-81E |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ERIE, PENNSYLVANIA, | ) | |
| PAUL J. DeDIONISIO, Chief of Police, | ) | Jury Trial Demanded |
| OFFICER CLARK PETERS, OFFICER | ) | |
| MICHAEL NOLAN, OFFICER MATT | ) | |
| FISCHER AND OFFICER TODD | ) | |
| McLAUGHLIN, | ) | |
| | ) | |
| Defendants. | ) | Judge Maurice B. Cohill, Jr. |

## ORDER OF COURT

And now this _____ day of _____, 2006, upon the plaintiff's motion to reconsider this court's order granting the defendants' motions for summary judgment, and after due and deliberate consideration of same, it appearing that there are grounds for such reconsideration, it is hereby ordered that plaintiff's motion is granted and the parties Motions and/or Cross-Motions for Summary Judgment will be reconsidered as follows:

 

BY THE COURT:

_____
J.