IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 00-81-E |
| | ) |
| CITY OF ERIE, PENNSYLVANIA, et al., | ) |
| | ) |
| Defendants. | ) |

O R D E R

AND NOW, this 15th day of March, 2006, upon consideration of Plaintiff's Motion for Reconsideration of the Court's Order Granting Defendants' Motions for Summary Judgment as to All of the Plaintiff's Claims and Denying Plaintiff's Cross-Motion for Summary Judgment (document No. 46) filed in the above-captioned matter on March 13, 2006,

IT IS ORDERED that the opposing party file a response no later than March 29, 2006.

                                             s/Maurice B. Cohill, Jr.
                                             Senior United States District Judge

cc/ecf:   Timothy P. O'Brien, Esquire
          John J. Mead, Esquire