IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 00-81E |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ERIE, PENNSYLVANIA, | ) | |
| PAUL J. DeDIONISIO, Chief of Police, | ) | Jury Trial Demanded |
| OFFICER CLARK PETERS, OFFICER | ) | |
| MICHAEL NOLAN, OFFICER MATT | ) | |
| FISCHER AND OFFICER TODD | ) | |
| McLAUGHLIN, | ) | |
| | ) | |
| Defendants. | ) | Judge Maurice B. Cohill, Jr. |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Donald Thomas, hereby appeals to the United States Court of Appeals for the Third Circuit from the final order and judgment entered in this case on March 1, 2006.

Respectfully submitted,

/s/ Timothy P. O'Brien
Timothy P. O'Brien, Esquire
PA I. D. #22104
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Attorney for plaintiff