CA 00-81 E
appeal filing fee
receipt # 06-297

```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 06000297 - JD
        April 4, 2006

  Code   Case #   Qty    Amount

APPEAL  00-81 ca e   1    255.00
                          255.00 CC


TOTAL→              255.00



FROM: TIMOTHY O'BRIEN
      1705 ALLEGHENY BUILDING
      429 FORBES AVE
      PITTSBURGH PA 15219
```