IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD THOMAS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 00-81Erie |
| **CITY OF ERIE, PENNSYLVANIA, PAUL J. DeDIONISIO, Chief of Police, OFFICER CLARK PETERS, OFFICER MICHAEL NOLAN, OFFICER MATT FISCHER, and OFFICER TODD McLAUGHLIN,** | ) |
| **Defendants.** | ) |

## ORDER

The Court has received plaintiff's motion for reconsideration of our Opinion and Order granting summary judgment in favor of the defendants and against the plaintiff, and defendants' response thereto. AND NOW, to-wit, this _10th_ day of April, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's motion for reconsideration be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge