UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-2134
_____

DONALD THOMAS,

Appellant

v.

CITY OF ERIE, PENNSYLVANIA;
CHIEF OF POLICE PAUL DEDIONISIO;
OFFICER CLARK PETERS;
OFFICER MICHAEL NOLAN;
UNNAMED CITY OF ERIE POLICE OFFICERS;
OFFICER MATT FISCHER;
OFFICER TODD McLAUGHLIN

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 00-cv-00081E)
District Judge:  Honorable Maurice B. Cohill, Jr.

_____

Submitted Under Third Circuit LAR 34.1(a)
May 15, 2007

Before:  FISHER, NYGAARD and ROTH, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 15, 2007.  On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the order of the District Court entered March 1, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

     Costs taxed against Appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: June 8, 2007

**Certified as a true copy and issued in lieu of a formal mandate on July 19, 2007**

**Teste:** /s/ Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk