OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4957

www.ca3.uscourts.gov

July 19, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 06-2134**
    **Thomas   vs. Erie**
    **D.C. No. 00-cv-00081E**

Dear Mr. Barth:


      Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

      Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.



                                    Very truly yours,
                                    MARCIA M. WALDRON
                                    Clerk

                              By:   Aina R. Laws
                                    Case Manager

Enclosure

cc:
        Timothy P. O'Brien, Esq.
        John J. Mead, Esq.