IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

No.  00-81 Erie

---

DONALD THOMAS,
Plaintiff

v.

CITY OF ERIE, PENNSYLVANIA;
CHIEF OF POLICE PAUL DeDIONISIO;
OFFICER CLARK PETERS;
OFFICER MICHAEL NOLAN
UNNAMED CITY OF ERIE POLICE OFFICERS;
OFFICER MATT FISCHER;
OFFICER TODD McLAUGHLIN,
Defendants

---

## BILL OF COSTS

---

Pursuant to the Certified Judgment issued in lieu of a formal mandate on July 19, 2007 by the Clerk for the United States Court of Appeals for the Third Circuit at Docket Number 06-2134 and in accordance with the Third Circuit Court Judgment dated June 8, 2007 affirming the District Court's Order dated March 1, 2006, with costs taxed against Appellant/Defendant, Donald Thomas

---

Respectfully submitted,

By:    /s/ John J. Mead, Esquire
       John J. Mead, Esquire
       Suite 800 Renaissance Centre
       1001 State Street
       Erie PA  16501
       (814)  459-1726
       PA I.D. # 39610
       Attorney for Appellees

# BILL OF COSTS

Re:    *Thomas v. City of Erie, et al.*
No.:    *06-2134*

**Deposition Costs**

| | | |
|---|---|---:|
| 5/11/00 | Morse Gantverg & Hodge, Inc. (transcript copy) | $ 88.50 |
| 08/06/01 | Ferguson & Holdnack Reporting (depositions/transcripts) | 906.90 |
| 08/21/01 | Sargent's Court Reposting (deposition transcript) | 267.30 |
| 08/31/01 | Ferguson & Holdnack Reporting (transcript) | 249.00 |
| 09/21/01 | Ferguson & Holdnack Reporting (transcripts) | 844.30 |

TOTAL DEPOSITIONS AND TRANSCRIPTS                 $2,356.00

**Photocopies**

| | |
|---|---:|
| 5/11/00 | .30 |
| 8/10/00 | 80.25 |
| 04/12/01 | .45 |
| 07/06/01 | 23.55 |
| 08/31/01 | 241.50 |
| 09/21/01 | 9.30 |
| 10/02/01 | 15.30 |
| 12/06/01 | 1.80 |
| 01/14/02 | 426.45 |
| 02/18/02 | 185.55 |
| 03/12/02 | 34.20 |
| 04/15/02 | 118.80 |
| 07/24/02 | .30 |
| 03/26/03 | 2.55 |
| 08/12/05 | 3.00 |
| 03/23/06 | 39.75 |

TOTAL PHOTOCOPY CHARGES                 $1,183.05

**Fax Charges**

| | |
|---|---:|
| 8/10/00 | 5.75 |
| 10/02/01 | 8.00 |
| 07/24/02 | 1.50 |
| 08/12/05 | 1.75 |

TOTAL FAX CHARGES                 $17.00

**Computerized Legal Research**

| | |
|---|---:|
| 8/10/00 | 1.37 |
| 01/14/02 | 61.67 |
| 04/15/02 | 1.09 |
| 03/26/03 | 5.21 |

TOTAL COMPUTERIZED LEGAL RESEARCH         $69.34

**Postage**

| | |
|---|---:|
| 8/10/00 | 6.35 |
| 01/14/02 | 12.48 |
| 02/18/02 | 9.48 |
| 04/15/02 | 12.60 |

TOTAL POSTAGE         $40.91

**Pacer Service Center**

| | |
|---|---:|
| 04/12/01 | 1.68 |
| 05/08/02 | 1.40 |
| 08/12/05 | 1.05 |

TOTAL PACER SERVICE CENTER CHARGES         $4.13

**Long Distance Charges**

| | |
|---|---:|
| 06/07/01 | .22 |
| 07/06/01 | 1.87 |
| 08/31/01 | 5.17 |
| 09/21/01 | 1.32 |
| 10/02/01 | .22 |
| 12/06/01 | 1.32 |
| 01/14/02 | .55 |
| 02/18/02 | .22 |
| 03/12/02 | .88 |
| 04/15/02 | .33 |
| 08/12/05 | 1.00 |

TOTAL LONG DISTANCE CHARGES         $13.10

**Witness Fees & Mileage**

| | |
|---|---|
| 08/06/01 – Jose Contreras | 48.45 |
| 08/08/01 –Martin Tamaz | 48.45 |
| 08/08/01 –Pedro Vargas | 47.07 |
| 08/08/01 – Marquis Lane | 48.45 |

TOTAL WITNESS FEES & MILEAGE                $192.42

**Service of Subpoenas**

| | |
|---|---|
| 08/14/01 – Eldon R. Griffin, PA Constable-Service on Vargas, Lane & Contearas | 145.35 |
| 08/15/01 – Eldon R. Griffin, PA Constable-Service on Tamaz | 48.45 |
| 09/21/01 - Richard Shotzberger | 12.50 |
| 10/02/01 – Richard Shotzberger – PSP | 12.50 |

TOTAL SERVICE OF SUBPOENAS                $218.80

**Document Binding**

| | |
|---|---|
| 01/14/02 | 27.00 |
| 04/15/02 | 33.00 |

TOTAL DOCUMENT BINDING                $60.00

**COSTS GRAND TOTAL**                $4,154.75