OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4957

www.ca3.uscourts.gov

July 19, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

JUL 2 6 2007

RE: Docket No. 06-2134
    Thomas  vs.  Erie
    D.C. No.  00-cv-00081E

Dear Mr. Barth:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.


                        Very truly yours,
                        MARCIA M. WALDRON
                        Clerk


                        By:  Aina R. Laws
                             Case Manager


Enclosure

cc:
        Timothy P. O'Brien, Esq.
        John J. Mead, Esq.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

JUL 2 6 2007

---

No. 06-2134

---

DONALD THOMAS,

Appellant

v.

CITY OF ERIE, PENNSYLVANIA;
CHIEF OF POLICE PAUL DEDIONISIO;
OFFICER CLARK PETERS;
OFFICER MICHAEL NOLAN;
UNNAMED CITY OF ERIE POLICE OFFICERS;
OFFICER MATT FISCHER;
OFFICER TODD McLAUGHLIN

---

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 00-cv-00081E)
District Judge:  Honorable Maurice B. Cohill, Jr.

---

Submitted Under Third Circuit LAR 34.1(a)
May 15, 2007

Before:  FISHER, NYGAARD and ROTH, *Circuit Judges.*

---

JUDGMENT

---

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 15, 2007.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered March 1, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: June 8, 2007

Certified as a true copy and issued in lieu
of a formal mandate on July 19, 2007

Teste: /s/ Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit

Marcia M. Waldron

Marcia M. Waldron, Clerk

2