IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD THOMAS,<br>　　　　Plaintiff<br>　　v.<br><br>CITY OF ERIE, PENNSYLVANIA;<br>CHIEF OF POLICE PAUL DeDIONISIO;<br>OFFICER CLARK PETERS;<br>OFFICER MICHAEL NOLAN<br>UNNAMED CITY OF ERIE POLICE OFFICERS;<br>OFFICER MATT FISCHER;<br>OFFICER TODD McLAUGHLIN,<br>　　　　Defendants | :<br>:<br>:<br>:　No. 00-cv-00081E<br>:　District Judge: Hon. Maurice B. Cohill, Jr.<br>:<br>:　(3rd Cir. Ct of Apls Docket No. 06-2134)<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT

Commonwealth of Pennsylvania　　　　:
County of Erie　　　　　　　　　　　:

　　John J. Mead, Esquire, Assistant Solicitor, being duly sworn, deposes and says:

1. I am the attorney for Defendants/Appellees in the above-entitled cause, and as such am better informed as to the within costs and disbursements than the said Defendants/Appellees.

2. The items contained in the within Bill of Costs are correct to the best of my knowledge and belief.

3. The said disbursements have been necessarily incurred in the said cause.

4. The services for which fees charged in the Bill of Costs have been actually and necessarily performed.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　John J. Mead, Esquire

Subscribed and sworn to before me on July 26, 2007.
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Notary Public

```
NOTARIAL SEAL
RUTH A. ALBERSTADT, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON APRIL 8, 2010
```