## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this day the foregoing Bill of Costs with Affidavit was transmitted electronically to the Office of the Clerk of United States District Court for the Western District of Pennsylvania and Counsel for Plaintiff/Appellant and that a true and correct copy of the Bill of Costs has been mailed to Counsel for Plaintiff/Appellant, via first class, US mail, postage prepaid, as follows.

> Timothy P. O'Brien, Esquire
> 1705 Allegheny Building
> 429 Forbes Avenue
> Pittsburgh, PA 15219

I also certify that the PDF file and hard copies are identical and that a virus check was performed using Symantec AntiVirus Corporate Edition.

> /s/ John J. Mead
> John J. Mead, Esquire
> Suite 800 Renaissance Centre
> Erie, PA  16501
> Ph: (814) 459-1726
> Fax: (814) 454-3585
> Sup. Ct. ID #:  39610
> Attorney for Appellees

Date:  July 27, 2007