UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

July 31, 2007

John J. Mead, Esquire
Suite 800 Renaissance Center
Erie PA 16501

Timothy P. O'Brien, Esquire
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Re:   Thomas v. City of Erie, et al.
      Civil Action No. 1:00-81 Erie

Counsel:

Judgment was entered in the above case in favor of the defendants and has been affirmed on appeal. A verified Bill of Costs was filed by the defendants, which did not include the necessary invoices and documentation to support the bill.

Therefore, the defendants shall filed an addendum to their Bill of Costs including the necessary supporting documentation and the plaintiff shall have **20 days** thereafter to file any objections to the Bill of Costs. **Failure to file any objections will be deemed to have consented to the Bill of Costs.**

You are hereby advised that any determination of costs by the Clerk may be reviewed by the court upon motion served with five days thereafter under Rule 54(d) of the Federal Rules of Civil Procedure.

Sincerely,

*R.V. Barth Jr.*

Robert V. Barth, Jr.
Clerk of Court

cc: File