IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

No.  00-81 Erie

DONALD THOMAS,
Plaintiff

v.

CITY OF ERIE, PENNSYLVANIA;
CHIEF OF POLICE PAUL DeDIONISIO;
OFFICER CLARK PETERS;
OFFICER MICHAEL NOLAN
UNNAMED CITY OF ERIE POLICE OFFICERS;
OFFICER MATT FISCHER;
OFFICER TODD McLAUGHLIN,
Defendants

# ADDENDUM TO
## BILL OF COSTS

Pursuant to the Certified Judgment issued in lieu of a formal mandate on July 19, 2007 by the Clerk for the United States Court of Appeals for the Third Circuit at Docket Number 06-2134 and in accordance with the Third Circuit Court Judgment dated June 8, 2007 affirming the District Court's Order dated March 1, 2006, with costs taxed against Appellant/Defendant, Donald Thomas

Respectfully submitted,

By:     /s/ John J. Mead, Esquire
        John J. Mead, Esquire
        Suite 800 Renaissance Centre
        1001 State Street
        Erie PA  16501
        (814)  459-1726
        PA I.D. # 39610
        Attorney for Appellees

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1198
814 870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters    July 13, 2000
City of Erie Solicitor's Ofc.                Invoice 167046       Page    2
626 State Street, Room 505
Erie, PA 16501

### BILLING SUMMARY

|                |       | Hours | Rate/Hr | Dollars  |
|----------------|-------|-------|---------|----------|
| J. L. Seaman   |       | 1.60  | 55.00   | 88.00    |
| J. J. Mead     |       | 8.80  | 125.00  | 1,100.00 |
|                | TOTAL | 10.40 |         | 1,188.00 |

Fees for legal services ...........$ 1,188.00

### Reimbursable Costs

| 05/11/00 | Morse Gantverg & Hodge, Inc. |       |
|----------|------------------------------|-------|
|          | transcript                   | 88.50 |
|          | Photocopies                  | .30   |

Total reimbursable costs..........$    88.80

Current billing for this file...........................    1,276.80

Credit fee retainer applied .............(    1,188.00)
Credit cost retainer applied ...........(      88.80)

Total balance due for this file..........$      0.00

******PAYMENT DUE UPON RECEIPT******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

```
City of Erie/Paul DeDionisio/Clark Peters    August 10, 2000
City of Erie Solicitor's Ofc.                Invoice 168071      Page 3
626 State Street, Room 505
Erie, PA 16501
```

07/18/00     Finalize Answers, Responses and Objections of
             Defendants to Plaintiffs First Set of
             Interrogatories and Requests for Production of
             Documents. Letter to Atty. O'Brien enclosing same.
             J. L. Seaman

07/24/00     Finalize Interrogatories and Requests for
             Production of Documents Directed to Plaintiff
             Thomas. Letter to Atty. O'Brien enclosing
             discovery and Authorization.
             J. L. Seaman

07/24/00     Review and revise first set of interrogatories to
             plaintiff.
             J. J. Mead

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| G. J. Oros   | .60   | 55.00   | 33.00    |
| J. L. Seaman | 11.00 | 55.00   | 605.00   |
| J. J. Mead   | 16.20 | 125.00  | 2,025.00 |
| TOTAL        | 27.80 |         | 2,663.00 |

Fees for legal services ...........$ 2,663.00

### Reimbursable Costs

| | |
|---|---|
| Photocopies | 80.25 |
| FAX Charges | 5.75 |
| Computerized Legal Research | 1.37 |
| Postage | 6.35 |

Total reimbursable costs..........$   93.72

# MacDonald Illig Jones & Britton LLP

APR 1 8 2001

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

```
City of Erie/Paul DeDionisio/Clark Peters     April 12, 2001
City of Erie Solicitor's Ofc.                  Invoice 177086        Page 1
626 State Street, Room 505
Erie, PA 16501
```

```
Our File # 17598.0000
City of Erie/Thomas                    For Services Through 04/11/01
```

11/09/00    Attention to docket review through Pacer to check
            status.
            J. L. Seaman

03/26/01    Discussion with Attorney Chris Sinnott regarding
            Clark Peters' testimony; discussion with Clark
            Peters regarding same.
            J. J. Mead

## BILLING SUMMARY

|              |       | Hours | Rate/Hr | Dollars |
|--------------|-------|-------|---------|---------|
| J. L. Seaman |       | .10   | 55.00   | 5.50    |
| J. J. Mead   |       | .40   | 125.00  | 50.00   |
|              | TOTAL | .50   |         | 55.50   |

Fees for legal services ...........$    55.50

### Reimbursable Costs

02/05/01 Pacer Service Center
         10/1/00 - 12/31/00 billing cycle            1.68
         Photocopies
                                                      .45

Total reimbursable costs...........$    2.13

Current billing for this file.........................    57.63

City of Erie/Paul DeDionisio/Clark Peters    June 7, 2001
City of Erie Solicitor's Ofc.                 Invoice 179282          Page 1
626 State Street, Room 505
Erie, PA 16501

Our File # 17598.0000
City of Erie/Thomas                    For Services Through 05/31/01


05/21/01    Prepare for hearing before Judge Cohill; review of
            file; discussion with Tim O'Brien regarding same.
            J. J. Mead

05/22/01    Attention to docketing pretrial and trial
            schedule.
            J. L. Seaman

05/22/01    Prepare for and attend Status Conference.
            J. J. Mead

05/29/01    Attention to docketing additional court deadlines.
            J. L. Seaman

                        BILLING SUMMARY

                    Hours       Rate/Hr       Dollars
J. L. Seaman         .60        60.00          36.00
J. J. Mead          1.90       125.00         237.50
            TOTAL    2.50                      273.50

                Fees for legal services ............$    273.50

                    Reimbursable Costs

    Long Distance Charges                              .22

            Total reimbursable costs..........$         .22

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1498
814-870-7600   FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters     July 6, 2001
City of Erie Solicitor's Ofc.                 Invoice 180386          Page   3
626 State Street, Room 505
Erie, PA 16501

## BILLING SUMMARY

|               | Hours | Rate/Hr | Dollars  |
|---------------|-------|---------|----------|
| J. L. Seaman  | 3.00  | 55.00   | 165.00   |
| J. J. Mead    | 10.10 | 125.00  | 1,262.50 |
| TOTAL         | 13.10 |         | 1,427.50 |

Fees for legal services ............... $ 1,427.50

Reimbursable Costs

Photocopies                                          23.55
Long Distance Charges                                 1.87

Total reimbursable costs........... $    25.42

Current billing for this file................................. 1,452.92

Total balance due for this file........................$   1,452.92

*******PAYMENT DUE UPON RECEIPT*******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters      September 11, 2001
City of Erie Solicitor's Ofc.                  Invoice 182885      Page 5
626 State Street, Room 505
Erie, PA 16501


08/21/01    Draft letter to Tim O'Brien regarding depositions
            and outstanding discovery; review transcript of
            LCE Hearing of Latino's in preparation for
            depositions; prepare for depositions.
            J. J. Mead

08/23/01    Prepare for depositions of Police Chief
            DeDionisio, Marcus Lane, Pedro Vargas, Martin
            Tamaz , Hose Contraes and Valerie Sprenkle.
            J. J. Mead

08/27/01    Prepare for depositions.
            J. J. Mead

08/28/01    Prepare for depositions of Martin Tamez, Marcus
            Lane, Pedro Vargas, Chief DeDionisio and Hose
            Contraras; meeting with Chief DeDionisio for
            deposition preparation.
            J. J. Mead

08/29/01    Prepare and defend and take depositions of Chief
            DeDionisio, Pedro Vargas, Martin Tamez and Valerie
            Sprenkle.
            J. J. Mead

## BILLING SUMMARY

|                |       | Hours | Rate/Hr | Dollars   |
|----------------|-------|-------|---------|-----------|
| J. L. Seaman   |       | 11.50 | 60.00   | 690.00    |
| J. J. Mead     |       | 82.70 | 125.00  | 10,337.50 |
|                | TOTAL | 94.20 |         | 11,027.50 |

Fees for legal services ...........$11,027.50


## Reimbursable Costs

| | | |
|---|---|---|
| 08/06/01 | Ferguson & Holdnack Reporting depositions/transcript | 906.90 |
| 08/08/01 | Jose Contreras witness fee and mileage | 48.45 |
| 08/08/01 | Martin Tamaz | 48.45 |

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507•1498
814-870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters        September 11, 2001
City of Erie Solicitor's Ofc.                    Invoice 182885        Page 6
626 State Street, Room 505
Erie, PA 16501

|  |  |  |
|---|---|---|
| | witness fee and mileage | |
| 08/08/01 | Marquis Lane | 48.45 |
| | witness fee and mileage | |
| 08/08/01 | Pedro Vargas | 47.07 |
| | witness fee and mileage | |
| 08/14/01 | Eldon R. Griffin | 145.35 |
| | serviec of subpoenas - Vargas, Lane & Contearas | |
| 08/15/01 | Eldon R. Griffin, PA Constable | 48.45 |
| | Service of Subpoena Tamaz | |
| 08/21/01 | Sargent's Court Reporting | 267.30 |
| | deposition transcript | |
| 08/31/01 | Ferguson & Holdnack Reporting | 249.00 |
| | transcript | |
| | Photocopies | 241.50 |
| | Long Distance Charges | 5.17 |

                    Total reimbursable costs..........$ 2,056.09

        Current billing for this file...........................  13,083.59

                Credit cost retainer applied ...........(        14.28)

                Total balance due for this file..........$  13,069.31

                ******PAYMENT DUE UPON RECEIPT******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507·1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters          October 15, 2001
City of Erie Solicitor's Ofc.                      Invoice 184599      Page 2
626 State Street, Room 505
Erie, PA 16501

| | |
|---|---|
| 09/21/01 | Telephone call to Constable Shotzberger regarding service of subpoena on PA State Police; letter to Shotzberger enclosing documents for service; attention to service of subpoena on Hamot Immediate Care. J. L. Seaman |
| 09/24/01 | Research and draft summary judgments for City of Erie, Police Chief DeDionisio, Clark Peters, Mike Fisher, Mike Nolan and Todd McLaughlin. J. J. Mead |
| 09/26/01 | Research and draft summary judgment motions. J. J. Mead |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J. L. Seaman | 4.60 | 55.00 ~~60.00~~ | 253.00 ~~276.00~~ |
| J. J. Mead | 13.30 | 125.00 | 1,662.50 |
| TOTAL | 17.90 | | ~~1,938.50~~ 1,915.50 |

Fees for legal services ...........$ ~~1,938.50~~ 1,916.50

## Reimbursable Costs

| | | |
|---|---|---|
| 09/21/01 | Ferguson & Holdnack Reporting transcripts | 844.30 |
| 09/21/01 | Richard Shotzberger service of subpoena | 12.50 |
| | Photocopies | 9.30 |
| | Long Distance Charges | 1.32 |

Total reimbursable costs..........$    867.42

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507-1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters      November 9, 2001
City of Erie Solicitor's Ofc.                  Invoice 185368      Page      3
626 State Street, Room 505
Erie, PA 16501

### BILLING SUMMARY

|                  |       | Hours | Rate/Hr | Dollars  |
|------------------|-------|-------|---------|----------|
| J. L. Seaman     |       | 2.10  | 55.00   | 115.50   |
| J. L. Seaman     |       | 1.90  | 60.00   | ~~114.00~~ 104.50 |
| J. J. Mead       |       | 20.80 | 125.00  | 2,600.00 |
|                  | TOTAL | 24.80 |         | 2,829.50 |

Fees for legal services ...........$  ~~2,829.50~~  *2,820.00*

### Reimbursable Costs

| 10/02/01 | Richard Shotzberger         |        |
|----------|-----------------------------|--------|
|          | service costs - PSP          | 12.50  |
|          | Photocopies                  | 15.30  |
|          | FAX Charges                  | 8.00   |
|          | Long Distance Charges        | .22    |

Total reimbursable costs..........$      36.02

Current billing for this file.........................      ~~2,865.52~~  *2,856.02*

~~File balance brought forward (Billed and unpaid)........      23.00~~
*INCORRECTLY BILLED, THUS NOT PAID*

~~Balance of Inv. #184599 Dated 10/15/01 $      23.00~~

Total balance due for this file..........$      ~~2,888.52~~  *2,856.*

******PAYMENT DUE UPON RECEIPT******

# MACDONALD ILLIG JONES & BRITTON LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600   FAX 814•454•4647

TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters     December 6, 2001
City of Erie Solicitor's Ofc.                  Invoice 186502          Page 2
626 State Street, Room 505
Erie, PA 16501


11/28/01     Assist in preparation of motions for summary
             judgment on behalf of defendants; begin
             preparation of appendix to motions for summary
             judgment.
             J. L. Seaman

11/29/01     Prepare Appendix to Motions for Summary Judgment
             on Behalf of Defendants.
             J. L. Seaman

11/29/01     Research and draft six summary judgment briefs.
             J. J. Mead

11/30/01     Assist in preparation of briefs in support of
             motions for summary judgment on behalf of all
             defendants; continue preparation of Appendix to
             motions.
             J. L. Seaman

11/30/01     Research and draft six summary judgment briefs.
             J. J. Mead

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J. L. Seaman | 10.90 | 55.00 ~~60.00~~ | ~~654.00~~ 599.50 |
| J. J. Mead | 48.60 | 125.00 | 6,075.00 |
| TOTAL | 59.50 | | ~~6,729.00~~ |

Fees for legal services ...........$ ~~6,729.00~~ 6,674.50

### Reimbursable Costs

Photocopies                                         1.80
Long Distance Charges                               1.32

               Total reimbursable costs...........$    3.12

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507•1498
814-870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters        January 14, 2002
City of Erie Solicitor's Ofc.                    Invoice 188070      Page 1
626 State Street, Room 505
Erie, PA 16501

Our File # 17598.0000
City of Erie/Thomas                      For Services Through 12/31/01


12/03/01    Finalize preparation of defendants' motions for
            summary judgment and briefs in support; complete
            preparation of appendix to motions; letter to
            counsel enclosing same; attention to filing of
            same.
            J. L. Seaman

12/03/01    Finalize six summary judgment motions.
            J. J. Mead

12/04/01    Update pleadings and discovery indices; attention
            to file organization.
            J. L. Seaman

12/15/01    Review of subpoena for Clark Peters.
            J. J. Mead

12/24/01    Review plaintiff's motion for summary judgment.
            J. J. Mead

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| J. L. Seaman   | 6.90  | 55.00   | 379.50  |
| J. J. Mead     | 3.00  | 125.00  | 375.00  |
| TOTAL          | 9.90  |         | 754.50  |

Fees for legal services ...........$   754.50

### Reimbursable Costs

| Binding Documents          | 27.00  |
|----------------------------|--------|
| Photocopies                | 426.45 |
| Long Distance Charges      | .55    |
| Computerized Legal Research | 61.67 |
| Postage                    | 12.48  |

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters    January 14, 2002
City of Erie Solicitor's Ofc.    Invoice 188070    Page 2
626 State Street, Room 505
Erie, PA 16501


Total reimbursable costs..........$   528.15

Current billing for this file...........................   1,282.65

File balance brought forward (Billed and unpaid)........   6,677.62


Balance of Inv.#186502  Dated 12/06/01 $   6,677.62

Total balance due for this file..........$   7,960.27

******PAYMENT DUE UPON RECEIPT******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters    February 18, 2002
City of Erie Solicitor's Ofc.                Invoice 189615       Page 2
626 State Street, Room 505
Erie, PA 16501

01/28/02    Review of Thomas' Brief; research regarding reply
            to plaintiff's reply brief.
            J. J. Mead

                        BILLING SUMMARY

                   Hours        Rate/Hr        Dollars
                                 55.00          269.50
J. L. Seaman        4.90         60.00          294.00
J. J. Mead         24.10        125.00        3,012.50
        TOTAL      29.00                      3,306.50
                                              3,282.00        3,282.00
                   Fees for legal services ...........$   3,306.50

                        Reimbursable Costs

    Photocopies                                185.55
    Long Distance Charges                         .22
    Postage                                      9.48

                   Total reimbursable costs..........$    195.25

Current billing for this file..........................    3,501.75
                                                           3,477.25


Total balance due for this file..........$    3,501.75
                                              3,477.25
        ******PAYMENT DUE UPON RECEIPT******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507•1498

814-870-7600    FAX 814-454-4647

TAX I.D. NO. 25-0918810

```
City of Erie/Paul DeDionisio/Clark Peters     March 12, 2002
City of Erie Solicitor's Ofc.                 Invoice 190501        Page 2
626 State Street, Room 505
Erie, PA 16501
```

02/21/02    Research and draft Reply Briefs.
            J. J. Mead

02/22/02    Shepardize Brockway and Com. v. Pringle cases
            regarding obscene gestures and speech involving
            police officers.
            J. L. Seaman

02/22/02    Research and draft Reply Brief.
            J. J. Mead

02/27/02    Research and draft Reply Brief.
            J. J. Mead

02/28/02    Research and draft Reply Briefs.
            J. J. Mead

## BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars  |
|----------------|-------|---------|----------|
| J. L. Seaman   | 1.60  | 60.00   | 96.00    |
| J. J. Mead     | 25.00 | 125.00  | 3,125.00 |
| TOTAL          | 26.60 |         | 3,221.00 |

*(Rate/Hr for J. L. Seaman handwritten "55.00", "60.00" struck through; "88.00" handwritten beside Dollars)*

Fees for legal services ...........$ 3,221.00

### Reimbursable Costs

| Photocopies            | 34.20 |
|------------------------|-------|
| Long Distance Charges  | .88   |

Total reimbursable costs..........$   35.08

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507·1498
814-870-7600     FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters          April 15, 2002
City of Erie Solicitor's Ofc.                      Invoice 191760        Page 2
626 State Street, Room 505
Erie, PA 16501


Fees for legal services ...........$ 2,452.00


Reimbursable Costs

| | |
|---|---|
| Binding Documents | 33.00 |
| Photocopies | 118.80 |
| Long Distance Charges | .33 |
| Computerized Legal Research | 1.09 |
| Postage | 12.60 |

Total reimbursable costs..........$    165.82


Current billing for this file............................    2,617.82

File balance brought forward (Billed and unpaid)........    3,256.08


Balance of Inv.#190501  Dated 03/12/02 $    3,256.08

Total balance due for this file..........$    5,873.90

******PAYMENT DUE UPON RECEIPT******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1498
814-870-7600   FAX 814-454-4647
TAX I.D. NO. 25-0918810

```
City of Erie/Paul DeDionisio/Clark Peters    May 8, 2002
City of Erie Solicitor's Ofc.                Invoice 192762        Page 1
626 State Street, Room 505
Erie, PA 16501


Our File # 17598.0000                    For Services Through 04/30/02
City of Erie/Thomas



                        Fees for legal services ...........$      0.00


                        Reimbursable Costs

04/25/02 PACER Service Center                          1.40
         1/1/02 - 3/31/02 billing

                        Total reimbursable costs..........$      1.40


     Current billing for this file...........................      1.40

     File balance brought forward (Billed and unpaid)........   2,617.82


        Balance of Inv.#191760  Dated 04/15/02 $   2,617.82

             Total balance due for this file..........$   2,619.22

             ******PAYMENT DUE UPON RECEIPT******
```

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507•1498
814-870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters      July 24, 2002
City of Erie Solicitor's Ofc.                  Invoice 196075        Page 1
626 State Street, Room 505
Erie, PA 16501

Our File # 17598.0000                          For Services Through 06/30/02
City of Erie/Thomas


06/12/02    Reply to Audit letter.
            J. J. Mead

                          BILLING SUMMARY

                        Hours       Rate/Hr       Dollars

J. J. Mead               .30        125.00         37.50
            TOTAL        .30                        37.50

                        Fees for legal services ...........$     37.50

                        Reimbursable Costs

     Photocopies                                      .30
     FAX Charges                                     1.50

                        Total reimbursable costs..........$      1.80

     Current billing for this file...........................     39.30



             Total balance due for this file..........$          39.30

                  ******PAYMENT DUE UPON RECEIPT******

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507•1498
814-870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

```
City of Erie/Paul DeDionisio/Clark Peters      March 26, 2003
City of Erie Solicitor's Ofc.                  Invoice 206115      Page 1
626 State Street, Room 505
Erie, PA 16501


Our File # 17598.0000                   For Services Through 02/28/03
City of Erie/Thomas



01/24/03    Attention to Westlaw research to obtain copy of
            Third Circuit Opinion in Forbes case.
            J. L. Seaman

                        BILLING SUMMARY

                    Hours       Rate/Hr        Dollars

J. L. Seaman            .20       55.00          11.00
            TOTAL       .20                      11.00

                    Fees for legal services ...........$      11.00


                    Reimbursable Costs

   Photocopies                                   2.55
   Computerized Legal Research                   5.21

                    Total reimbursable costs..........$       7.76

   Current billing for this file..........................      18.76




   Total balance due for this file..........$                 18.76

            ******PAYMENT DUE UPON RECEIPT******
```

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1459
814-870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters
City of Erie Solicitor's Ofc.
626 State Street, Room 505
Erie PA  16501

August 12, 2005
Invoice 247102                Page 2

to Judge Cohill; letter to C. Buehler regarding same.
M. H. Haller                         0.20 hrs.        125.00/hr                    25.00

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. H. Haller | 1.60 | 125.00 | 200.00 |
| R. S. Warner | 0.70 | 125.00 | 87.50 |
| TOTAL | 2.30 | $125.00 | $287.50 |

Fees for legal services                                               $287.50

### Reimbursable Costs

| | |
|---|---|
| PACER Service - billing cycle 7/1/04 - 9/30/04 | 1.05 |
| FAX Charges | 1.75 |
| Long distance telephone charges | 1.00 |
| Photocopies | 3.00 |

Total reimbursable costs                                              6.80

Overpayment to Commonwealth                                     -$15.00

**Net current billing for this file**                            $279.30

**Total balance due for this file**                              $279.30

**\*\*\*\*\*\*PAYMENT DUE UPON RECEIPT\*\*\*\*\*\***

# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1459
814-870-7600    FAX 814-454-4647
TAX I.D. NO. 25-0918810

City of Erie/Paul DeDionisio/Clark Peters
City of Erie Solicitor's Ofc.
626 State Street, Room 505
Erie PA  16501

March 23, 2006
Invoice 257895          Page 2

|  | J. L. Seaman | 2.50 hrs. | 55.00/hr | 137.50 |

03/14/06    Access PACER to review docket for signed Order by Judge Cohill regarding withdrawal and substitution of appearance for defendants.

|  | J. L. Seaman | 0.10 hrs. | 55.00/hr | 5.50 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J. L. Seaman | 4.60 | 55.00 | 253.00 |
| M. H. Haller | 1.00 | 125.00 | 125.00 |
| TOTAL | 5.60 | $67.50 | $378.00 |

Fees for legal services                                    $378.00

### Reimbursable Costs

Photocopies                                      39.75

Total reimbursable costs                              39.75

**Net current billing for this file**                        $417.75

**Total balance due for this file**                          $417.75

******PAYMENT DUE UPON RECEIPT******

AND NOW, this 2nd day of August, 2007, come Defendants/Appellees, by and through their attorney, John J. Mead, Esquire, and file this Addendum to Bill of Costs consisting of all invoices and documentation to support the Bill of Costs, as follows:

1.      I am the attorney for Defendants/Appellees in the within cause of action. Presently, I am an Assistant Solicitor for the City of Erie with its principal place of business located at 626 State Street, Room 505, Erie, PA  16501.

2.      At all times relevant to the incurrence of costs on behalf of Defendants/Appellees in this litigation, I was employed by the law firm, MacDonald, Illig, Jones & Britton, LLP, (hereinafter referred to as "MIJB"), with its principal place of business being located at 100 State Street, Suite 700, Erie, PA  16501.

3.      During my employment with the MIJB law firm, I was contacted by City Solicitor, Gregory A. Karle, Esquire, for the purpose of handling the defense of this action on behalf of all Defendants/Appellees due to a conflict of interest related to this litigation, at the time, within the Office of the City Solicitor.

4.      In accordance with the Affidavit as electronically filed on July 27, 2007, with the Clerk for the United States District Court for the Western District of Pennsylvania, and attached to Defendants/Appellees Bill of Costs, the disbursements in the form of costs and fees were necessarily and actually incurred and/or performed in the defense of this litigation.  A copy of said Affidavit is attached hereto and made a part hereof just as if fully set forth.

5.      Defendants/Appellees have necessarily and actually incurred costs and expenses in the total amount of $4,154.75 in the said cause.

6.      On June 8, 2007, the United States Court of Appeals for the Third Circuit issued

an Opinion and Judgment affirming the District Court's grant of summary judgment in favor of the Defendants/Appellees at Docket Number 06-2134, with costs taxed against Appellee.

7.      On July 19, 2007, the Clerk for the United States Court of Appeals for the Third Circuit certified the Order of the Court affirming the District Court's grant of summary judgment in favor of Defendants/Appellees and taxing costs against Plaintiff/Appellant.

8.      Defendants/Appellees file the within Addendum to Bill of Costs in accordance with the electronic filing received from the Clerk of the District Court dated July 31, 2007, directing Defendants/Appellees to file an addendum to support their bill which addendum shall consist of all necessary supporting documentation in support of the Bill of Costs, as filed.

WHEREFORE, Defendants/Appellees respectfully request this Honorable Court issue an Order granting Defendants/Appellees costs as submitted in Appellees Bill of Costs as filed on July 27, 2007 with the District Court and as supported by the within Addendum to Bill of Costs which consists of the necessary supporting documentation in the amount of $4,154.75 as costs taxed against Plaintiff/Appellant.

Respectfully submitted,

By:      /s/ John J. Mead, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD THOMAS,                           :
                    Plaintiff            :
          v.                             :
                                         :    No. 00-cv-00081E
CITY OF ERIE, PENNSYLVANIA;              : District Judge: Hon. Maurice B. Cohill, Jr.
CHIEF OF POLICE PAUL DeDIONISIO;         :
OFFICER CLARK PETERS;                    : (3rd Cir. Ct of Apls Docket No. 06-2134)
OFFICER MICHAEL NOLAN                    :
UNNAMED CITY OF ERIE POLICE OFFICERS;    :
OFFICER MATT FISCHER;                    :
OFFICER TODD McLAUGHLIN,                 :
                    Defendants           :

## **AFFIDAVIT**

Commonwealth of Pennsylvania        :
County of Erie                      :

          John J. Mead, Esquire, Assistant Solicitor, being duly sworn, deposes and says:

1.    I am the attorney for Defendants/Appellees in the above-entitled cause, and as such

      am better informed as to the within costs and disbursements than the said

      Defendants/Appellees.

2.    The items contained in the within Bill of Costs are correct to the best of my

      knowledge and belief.

3.    The said disbursements have been necessarily incurred in the said cause.

4.    The services for which fees charged in the Bill of Costs have been actually and

      necessarily performed.

                                         John J. Mead, Esquire

Subscribed and sworn to before me on July 26, 2007.

                                         Notary Public

NOTARIAL SEAL
RUTH A. ALBERSTADT, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON APRIL 8, 2010