## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this day the foregoing ADDENDUM to Bill of Costs was transmitted electronically to the Office of the Clerk of United States District Court for the Western District of Pennsylvania and Counsel for Plaintiff/Appellant and that a true and correct copy of the ADDENDUM to the Bill of Costs has been mailed to Counsel for Plaintiff/Appellant, via first class, US mail, postage prepaid, as follows.

Timothy P. O'Brien, Esquire
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

I also certify that the PDF file and hard copies are identical and that a virus check was performed using Symantec AntiVirus Corporate Edition.

/s/ John J. Mead
John J. Mead, Esquire
Suite 800 Renaissance Centre
Erie, PA 16501
Ph: (814) 459-1726
Fax: (814) 454-3585
Sup. Ct. ID #: 39610
Attorney for Appellees

Date: August 2, 2007