IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD THOMAS, ) | |
| ) | |
| Plaintiff, ) | C. A. No. 00-81E |
| ) | |
| v. ) | |
| ) | |
| CITY OF ERIE, PENNSYLVANIA, ) | |
| PAUL J. DeDIONISIO, Chief of Police, ) | |
| OFFICER CLARK PETERS, OFFICER ) | |
| MICHAEL NOLAN, OFFICER MATT ) | |
| FISCHER AND OFFICER TODD ) | |
| McLAUGHLIN, ) | |
| ) | |
| Defendants. ) | |

### **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS**

AND NOW comes the plaintiff, Donald Thomas, by and through his attorney, Timothy P. O'Brien, Esquire, and files the instant objections to the defendants' Bill of Costs as follows:

1. The defendants list as part of their Bill of Costs "Photocopies, seeking reimbursement in the sum of $1,183.05. The defendants' Bill of Costs, however, does not indicate the number of copies made on any of the dates for which there are charges for photocopies nor does it enumerate the number of copies made.

2. The defendants also list $2,356.00 in deposition costs without attaching any invoices or documentation of payment for such costs.

3. Defendants' Bill of Costs also list other alleged expenses without documenting same with appropriate invoices or evidence of payment including for example charges for postage, long distance charges, fax charges, etc.

WHEREFORE, plaintiff requests this Court to deny the defendants' Bill of Costs absent appropriate verification of the costs incurred.

Respectfully submitted,

/s/ Timothy P. O'Brien
Timothy P. O'Brien, Esquire
PA I.D. #22104
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Attorney for plaintiff