IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD THOMAS, )
    Plaintiff )
 )
    v. ) Civil Action No. 1:00-cv-81 Erie
 )
CITY OF ERIE, PENNSYLVANIA, et al., )
    Defendants )

## TAXATION OF COSTS

On March 1, 2006, summary judgment was entered in favor of the defendants and entered on the docket in the above captioned case. An appeal to the United States Court of Appeals for the Third Circuit was filed by the plaintiff and the district court was affirmed. A verified Bill of Costs was filed by the defendants in the amount of $4,154.75 and an addendum was ordered since the bill lacked any supporting documentation or invoices for the items. An addendum was filed which appears to be twenty-one pages of billing summaries from the law firm of MacDonald, Illig, Jones & Britton, counsel for the defendants, which includes items labeled "Reimbursable Costs." The plaintiff filed his objections on August 22, 2007 to the bill of costs.

Therefore, after consideration of the bill of costs, the addendum and objections thereto, and a review of the record, the Bill of Costs is **DENIED**, since there are no invoices or supporting documentation for the items requested for the Clerk to tax, other than billing records from the firm.

You are advised that any determination of costs by the clerk may be reviewed by the court upon motion served within five days thereafter, under Rule 54(d) of the Federal Rules of Civil Procedure.

                                                                      _/s/ R.V. Barth, Jr._
                                                                   Robert V. Barth, Jr.
                                                                   Clerk of Court

cc: File